UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| DAISY LOWIE, | ) | Civil Action No. 4:21-cv-03894-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of Defendant's Motion to Remand, consented to by Plaintiff's counsel, it is hereby ORDERED that this action is remanded to the Defendant for further administrative proceedings. This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

s/ Thomas E. Rogers, III
Honorable Thomas E. Rogers, III
United States Magistrate Judge

June 2, 2022
Florence, South Carolina